Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-11-00895-CV

Dennis **KARASEK**, MD, PLLC and Dennis Karasek, MD,
Appellants

v.

**ZOTEC PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-18883
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 21, 2012

DISMISSED

In this appeal, the parties have filed a joint motion to dismiss.  Their motion states they have reached an agreement to settle and compromise their differences in this appeal.  The parties' joint motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2). Costs of this appeal are taxed against appellants.  *See id.* R. 42.1(d).

PER CURIAM